UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-97-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARTHA RINCON RODRIGUEZ TORRES, | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. The court is concerned that the Notice of the Government's Intent to Present Evidence Pursuant to Fed. R. Evid. 404(b) and Trial Brief [DE-22], when considered in conjunction with the Indictment [DE-1], could reveal the entire Social Security number of an alleged victim in this case. For that reason, the Clerk of Court is DIRECTED to SEAL the Notice [DE-22], and the Government is ORDERED to file a corrected version of the notice within three (3) days of the filing date of this order, which omits reference to the last four digits of the alleged victim's Social Security number.

SO ORDERED.

This 12th day of July, 2011.

*[signature]*
JAMES C. FOX
Senior United States District Judge